# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Michael A. Shipp, U.S.D.J |
| v. | Case No. 23 Cr. 516 (MAS) |
| ALEX SCHLEIDER, | BAIL MODIFICATION ORDER |
| Defendant. | |

  Based on the letter of Jacob Kaplan, Esq., Brafman & Associates, P.C. (counsel for Alex Schleider), dated March 13, 2024, requesting an Order granting temporary modification of Mr. Schleider's pretrial release conditions to permit him to travel to Poland from March 31, 2024, to April 4, 2024, and the government and the United States Pretrial Services Office having no objection, and for good cause shown,

  IT IS on this <u>20th</u> day of March, 2024;

  ORDERED that Mr. Schleider's pretrial release conditions are modified temporarily to permit travel to Poland from March 31, 2024, to April 4, 2024; and it is further

  ORDERED that Pretrial Services is permitted to release Mr. Schleider's passport to Mr. Schleider for the purposes of this travel.

_/s/ Michael A. Shipp_
Hon. Michael A. Shipp, U.S.D.J.
